IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 OCT 13 A 9:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jenerral Reed Ambrose 212801
Full name and prison number
of plaintiff(s)

v.

Russell Thomas
Olivia Pearson
Doug Wheeler

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV929-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Pike County Jail.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Pike County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Russell Thomas | 120 Church st. Troy Al. |
| 2. | Olivia Pearson | 120 Church st. Troy Al. |
| 3. | Doug Wheeler | 120 Church st Troy Al. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9-6-06 Through 10-11-06, on Going.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Refusing Medical Treatment.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I contracted an Ear infection and couldn't get a Jailer too come to the cell, so I could request medication.

**GROUND TWO:** Inadequate Supervision.

**SUPPORTING FACTS:** The Jailers do not make rounds to check on the inmates. On September 28, an inmate was found hanging by the neck dead by other inmates, not an officer. If You scream down the hall the Jail officers still do not come. Negligent in thier duty.

**GROUND THREE:** Lack of Nutrition

**SUPPORTING FACTS:** We receive milk only twice a week. We receive no Vitamin C in our diet. The meals are not ballanced at all. Very small portions. Meals served cold. Meals do not meet recomended daily allowance of Vitamins and or nutrition.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to be cared for according to the law. I want to be treated like a human. I want the assumption of innocent until proven guilty.

_Jenerral R. Ambrose_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-11-06
(Date)

_Jenerral R. Ambrose_
Signature of plaintiff(s)

4