**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Olivia Pearson
Pike County Jail
120 Church Street
Troy, AL 36081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Debra Frazier_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DEBRA FRAZIER
C. Date of Delivery: 10/19/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv929 po+cm

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 0423

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Doug Wheeler**
**Pike County Jail**
**120 Church Street**
**Troy, AL 36081**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Debra Frazier_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DEBRA FRAZIER
C. Date of Delivery: 10/19/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv929 po+cm

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 0430

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

- item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

1. Article Addressed to:

Russell Thomas
Pike County Jail
120 Church Street
Troy, AL 36081

A. Signature
X _Debra Frazier_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DEBRA FRAZIER
C. Date of Delivery: 10/19/06

address different from item 1? ☐ Yes
enter delivery address below: ☐ No

06cv929 po+cm

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7005 1820 0002 3461 0416

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540