Dear Ms Hackett,                                    10-20-06

My Name is: Jenerral Reed Ambrose, A.I.S #212801. I am now at Kilby correctional Facility for a Parole violation, Failure to report. I recently filed a suit against the Pike County Jail for criminal Negligents. I was Transfered to Kilby Prison on the 15th of October. When I was transfered, I had Monies on their books in the amount of $524.00. The head Jailer, Ms. Olivia Pierson refused to cut me a check for said monies. I would like to know how to go about getting my money. I worked very hard for my money, and need it for Personal higene idems as well as other things. I believe they found out about the suit I've filed, and are holding my money to be vindictive. I have always been given the balance of my account upon tranfer or release from any City, County, or State Facility. It may not seem like much money to you, but it's all the money I have in the world. I'm not ~~suing~~ sewing for any money. I just want to see them treat people the was they should be treated. People there have the right of the assution of inocent until Proven guilty. These are pre-trial de-tainees we'er talking about, and their treated as though they have already been found guilty. What can be done?

Sincerely
Jenerral R. Ambrose