IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENERRAL REED AMBROSE #212801, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RUSSELL THOMAS, )<br>OLIVIA PEARSON, )<br>DOUG WHEELER, )<br>)<br>Defendants. ) | Civil Action No.: 2:06-CV-929-MHT |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned attorney, N. Gunter Guy, Jr., and files this Notice of Appearance as attorney for defendants, Russell Thomas, Olivia Pearson and Doug Wheeler, in the above case.

    \_\_s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jenerral Ambrose**
**AIS# 212801**
**Pike County Jail**
**One West Church Street**
**Troy, Alabama 36081**

                                                                             s/N. Gunter Guy, Jr.
                                                         **N. GUNTER GUY, JR. (GUY004)**
                                                          BALL, BALL, MATTHEWS & NOVAK
                                                          Post Office Box 2148
                                                          Montgomery, AL 36102
                                                          (334) 387-7680
                                                          (334) 387-3222 Fax
                                                          gguy@ball-ball.com