IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-929-MHT |
| | ) |
| RUSSELL THOMAS, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon review of the motion for reconsideration filed by the plaintiff on November 20, 2006 (Court Doc. No. 11), and for good cause, it is

ORDERED that, on or before December 11, 2006, the plaintiff shall file an amended complaint which:

1. Names the defendants who allegedly violated his constitutional rights during his confinement in the Pike County Jail.

2. Presents *specific* facts in support of his claims against the defendants and describes how each named defendant acted in violation of his constitutional rights.

3. States the precise relief he seeks from this court.

In responding to this order, the plaintiff shall set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. **The plaintiff is hereby advised that this case will proceed only on those claims presented and against the defendants named in the amended complaint filed in response to this order**.

The plaintiff is **cautioned** that failure to respond to this order will result in a denial of his motion for reconsideration and the final judgment remaining in full force and effect.

DONE, this the 29th day of November, 2006.

           /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE