IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-929-MHT |
| ) | |
| RUSSELL THOMAS, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER**

Upon review of the amended complaint filed by the plaintiff on December 7, 2006 (Court Doc. No. 13), and for good cause, it is

ORDERED that:

1. The motion for reconsideration filed by the plaintiff on November 20, 2006 (Court Doc. No. 11) be and is hereby GRANTED.

2. The Order (Court Doc. No. 9) and Final Judgment (Court Doc. No. 10) entered on November 16, 2006 be and are hereby VACATED.

3. This case be referred back to the Magistrate Judge for further appropriate proceedings.

Done this 7th day of December, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE