IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENERRAL REED AMBROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-929-MHT |
| | ) | |
| RUSSELL THOMAS, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Upon review of the file in this case, and as the plaintiff has provided the court with

an amended complaint, it is

ORDERED that the Recommendation entered on November 2, 2006 (Court Doc.

No. 8) be and is hereby WITHDRAWN.

Done this 8th day of December, 2006.


        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE