IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENERRAL REED AMBROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv929-MHT |
| | ) | |
| RUSSELL THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 8, 2006 (doc. no. 17), said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's claims against the Pike County Commission are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

2.  The Pike County Commission is DISMISSED from this cause of action.

3.  This case, with respect to the plaintiff's claims against properly named defendants is REFERRED back to the Magistrate Judge for appropriate proceedings.

DONE, this the 4th day of January, 2007.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE