Clerk of Courts,                                                          01-05-07

RECEIVED

This is to inform the Courts that there has been a change of address on part of Plaintiff. New address is as follows,. <u>1804 6th Ave North Bessemer, Alabama 35021-0824</u>. Please forward any papers and or legal documents to Plaintiff in concerns with Case No 2:06-CV-929-MHT at address shown above,. Thank You.

Sincerely,

Jenerral R. Ambrose