Notice of Address Change.  02/09/07

The Plaintiffs address in Civil Action 2:06-CV-929 MHT is as follows.
1822 2nd Ave, North, Birmingham Alabama, 35020.

Signed

Jenerral R. Ambrose.
A.I.S. #212801

02/09/07

I Hearby Certify that a true and correct copy of the Foregoing Document has been furnished to Counsel for defendants who are Russell Thomas, Doug Wheeler and Olivia Pearson, whos address is 120 Church Street, Troy Alabama 36081.

Signed,

Jenerral R. Ambrose,



Jenerral Ambrose #212801-2-C-7
1822 2nd Ave North
Bessemer, Alabama 35020
Jefferson County Jail
Bessemer, Alabama
35020

Clerk of fs court
United States Middle District Federal Court
For The Middle District of Alabama

ONE Church Street
Montgomery, Alabama
36104