IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-929-MHT |
| ) | |
| RUSSELL THOMAS, et al., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The court recently entered an order, a copy of which the Clerk mailed to the plaintiff at the most recent address he had provided to the court. The postal service returned this order because the plaintiff was no longer at this address. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *Order of October 17, 2006 - Court Document No. 4* at 5. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before March 12, 2007 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 27th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE