IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-929-MHT |
| | ) |
| RUSSELL THOMAS, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on March 7, 2007 (Court Doc. No. 27), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. The plaintiff is GRANTED an extension from March 12, 2007 to and including April 12, 2007 to file a response to the defendants' special report in compliance with the order entered on February 20, 2007 (Court Doc. No. 24).

3. On or before March 16, 2007, the defendants shall provide the plaintiff with a copy of their special report and supporting evidentiary materials at the Jefferson County Jail, 1822 2nd Avenue North, Bessemer, Alabama 35020.

Done this 8th day of March, 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE