# Notice of Change of Address

Plaintiffs address in case 2:06-CV-929 MHT has changed and is as follows.

Jenerral Reed Ambrose # 212801
Kilby Correctional Facility
P.O. Box 150
Mount Meigs, Al. 36057

I Hearby Certify that a true and correct copy of the foregoing information has been sent to the counsel for the defendants and the defendants whos names are Russell Thomas, Doug Wheeler and Olivia Pearson and address is 120 Church Street Troy Al 36081.

#212801   Jenerral R. Ambrose

03/07/07

Jenerral Reed Ambrose # 218801
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Al. 36057

MONTGOMERY AL 361
13 MAR 2007 PM 4 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711