IN The United States District Court
For The Middle District of Alabama
Northern Division.

Jenerral Reed Ambrose #212801
    Plaintiff

v.

Russell Thomas, et, al.
    Defendants.

Civil Action.
NO. 2:06-CV-929 MHT

RECEIVED
2007 MAR 30 A 9:42
 P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Requested Court Order,.
Request For Medical Intake Records.

Comes Now, and in the above styled Civil Action,. the Plaintiff, Jenerral Reed Ambrose, #212801,. And respectfully request that a Copy of the Plaintiff's Medical Intake Records, with the results of his T.B. Skin Test, and or, the results of his H.I.V. (A.I.D.S) test, and Hepatitis test be furnished to him, and this Honorable Court. T.B. Skin test are Preformed by the Medical Provider to Prevent the Spred of Contagious diseases among inmates. The Medical Provider should have Records with the results of the Plaintiffs T.B. Skin test. Plaintiff would like to have medical Intake records entered on his behalf.

# In The United States District Court
## For The Middle District of Alabama
### Northern Division.

Jenerral Reed Ambrose #212801
    Plaintiff

V.

Russell Thomas, et, al,
    Defendants.

Civil Action.
NO. 2:06-CV-929 MHT

RECEIVED
2007 MAR 30 A 9: 42
A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Requested Court Order,.
## Request For Medical Intake Records.

Comes Now, and in the above Styled Civil Action,. the Plaintiff, Jenerral Reed Ambrose, #212801,. And respectfully request that a copy of the Plaintiff's Medical intake Records, with the results of his T.B. Skin Test, and or, the results of his H.I.V. (A.I.D.S) test, and Hepatitis test be furnished to him, and this Honorable Court. T.B. Skin test are Preformed by the Medical Provider to Prevent the Spred of Contagious diseases among inmates. The Medical Provider should have Records with the results of the Plaintiffs T.B. Skin test. Plaintiff would like to have medical Intake records entered on his behalf.

Medical Provider also would list any and all Medications that the Plaintiff may have been taking. Medical Screaning is mandatory for state and County Facilities, to better enable them to Provide fore the inmates Medical needs. Mental evaluation by Psychiatrist or Psychologist is Preformed to see if the inmate is stable to be placed in general Population, or if he needs to be placed under 24 hour watch to keep the inmate from harming himself. Plaintiff wishes to have these medical intake records for the Court to examine, furnished by the Defendants.

I Hearby Certify that a true and Correct Copy of the foregoing Document has been Furnished to the Counsel for defendants, Whos names are, Russell Thomas, Doug Wheeler, and Olivia Pearson, whos address is 120 Church Street, Troy Alabama, 36081.

Jenorral Reed Ambrose,
A.i.s.# 212801.
3/28/07



Jenerral Reed Ambrose #212801
K.C.F.
P.O. Box 150
Mt. Meigs
36057

MONTGOMERY AL 361
20 MAR 2007 PM 3 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."