IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-929-MHT |
| | ) |
| RUSSELL THOMAS, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for court order filed by the plaintiff on March 30, 2007 (Court Doc. No. 30), in which the plaintiff seeks copies of his medical records, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. On or before April 17, 2007, the defendants shall file a supplement to their special report which contains copies of the plaintiff's jail medical records and any grievance or request submitted to correctional officials from September 6, 2006 to and including October 16, 2006.

Done this 2nd day of April, 2007.

                /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE