IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE #212801, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No.: 2:06-CV-929-MHT ) |
| RUSSELL THOMAS, *et al.*, | ) ) |
| Defendants. | ) |

**SUPPLEMENT TO DEFENDANTS' WRITTEN REPORT**

COME NOW the defendants in the above-styled cause, separately and severally, by and through their undersigned counsel of record, and in accordance with this Court's Order of April 2, 2007, supplement their Written Report to the Court as follows:

1. This Court's Order of April 2, 2007, directed the defendants to file a supplement to their Written Report with copies of the jail medical records and any grievance or requests submitted to correction officials from September 6, 2006 to and including October 16, 2006. This Order was based on the plaintiff's request for medical intake records (Document #30) which was filed with the Court on or about March 30, 2007.

2. It is the position of the defendants that the plaintiff was not denied any medical treatment and was not deprived of any constitutional rights while he was incarcerated in the Pike County Jail. As per the defendants' previous written report filed on or about February 16, 2007, the defendants have no other medical records or grievance

requests or other relevant records to submit to the Court which were not already submitted with the defendants' previous Written Report.

3. In particular, see paragraphs 8-11 of the defendants' previously submitted Written Report which indicates that jail officials received no request for medical attention from plaintiff Ambrose formally or verbally and therefore no such medical records exist. In addition, the records of the Pike County Jail indicate that no inmate request forms were completed by the plaintiff Ambrose expressing any grievances or other complaints about medical attention or conditions of confinement. Consequently, all records concerning the plaintiff Ambrose while incarcerated in the Pike County Jail have already been provided to the Court and made a part of the defendants' previously submitted Written Report. Those documents are attached to the affidavit of Olivia Pearson as Exhibits 1 and 2.

4. Plaintiff's pleading filed with the Court ask for records which do not exist. Such medical treatment was never requested and/or required to be given to the plaintiff.

Respectfully submitted this the 6th day of April, 2007.

    s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 6th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jenerral Ambrose #212801
Kilby Correctional Facility
Post Office Box 150
Mount Meigs, AL  36057**


          __s/N. Gunter Guy, Jr.