# Notice of Address Change

Jenerral Reed Ambrose
#212801
   Plaintiff.

   v

Russell Thomas, et, al.
   Defendants.

Civil Action
2:06-CV-929-MHT.

The Plaintiffs address has changed, and is as follows.

Montgomery Pre-Release
P.O. Box 75
Montgomery, Al. 36057-0075.

_Jenerral Reed Ambrose_
#212801
Plaintiff

I Hearby Certify That a True and correct copy of The Foregoing document has been Furnished To Counsel For The Defendants. Sheriff Russell Thomas, Captain Doug Wheeler and Jail administrator Olivia Pearson. Whos address is 120 Church street Troy Alabama 36081.

_Jenerral Reed Ambrose_
#212801



Jenerral Reed Ambrose #213801
Montgomery Pre-Release
#75
P.O. Box 75
Montgomery, Al
36057.

MONTGOMERY AL 361
24 APR 2007 PM 4 L

United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

Legal Mail