IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENERRAL REED AMBROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-CV-929-MHT |
| | ) |
| RUSSELL THOMAS, | ) |
| OLIVIA PEARSON, | ) |
| DOUG WHEELER, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF OLIVIA PEARSON

Before me, the undersigned, personally appeared **OLIVIA PEARSON**, who being duly sworn, gives testimony as follows:

1. My name is Olivia Pearson and I am the Jail Administrator with the Pike County Sheriff's Department. I am a named defendant in the above-styled lawsuit.

2. I have reviewed the "Special Report of Plaintiff" filed with the Court and wish to respond to plaintiff Ambrose's allegations contained therein.

3. There are no documents that reflect a response to Ambrose's medical needs because Ambrose never reported verbally or in writing to anyone that he was requesting or needed medical attention.

4. The reverse side of the admission record (Exhibit 1) shows the plaintiff's past medical problems and indicates very few complaints, prior complaints or other pertinent medical history to support his allegations in this case. The form was completed and signed by him.

5. Ambrose is absolutely giving false statements about the lack of medical care in this case. Our medical provider is Dr. Mickey Dichiara and Edge Regional Medical Center. Whenever an inmate is in need of medical care, an appointment is made or, if it is an emergency, he is taken to Edge Regional Medical Center for appropriate care.

6. The Affidavit of witness Robert M. Young has no credibility. Young was arrested by the Troy Police Department on February 8, 2007, and later transported to the Pike County Jail on February 9, 2007. Young has a very extensive criminal record dating back over 20 years. I am aware that he has charges in several counties. Young has a very bad reputation of causing trouble in county jails and of filing frivolous complaints. Like plaintiff Ambrose, Young also had no complaints while he was incarcerated at the Pike County Jail.

7. Our jailers make checks on the inmates each and every day and make sure inmates' needs are met. Meals are served three times per day. Inmates' medical needs are attended to.

8. Ambrose's complaints in this case are totally without merit. He has not produced any medical evidence to support the allegation that he had an ear infection. Certainly, those records should have been available to him if he was treated while in the custody of the Department of Corrections. If he does not have medical records, then no such problem existed or the problem was so insignificant that it did not require attention and certainly did not cause him injury. Otherwise, Ambrose's allegations are nothing more than general grievances of a convicted prisoner who has nothing more to do than to file unfounded complaints in Court.

The above information is true and correct to the best of my knowledge and belief.

DATED this __1st__ of May, 2007.

_____
OLIVIA PEARSON

STATE OF ALABAMA   )
COUNTY OF __PIKE__   )

BEFORE ME, the undersigned Notary Public, did personally appear OLIVIA PEARSON, who states to me that she is aware of the contents of the foregoing Affidavit, and that she did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this, the __1st__ day of May, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____

DEBRA A. FRAZIER
Notary Public, AL State at Large
My Comm. Expires Aug. 11, 2008

IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JENERRAL REED AMBROSE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:06-CV-929-MHT |
| ) | |
| RUSSELL THOMAS, ) | |
| OLIVIA PEARSON, ) | |
| DOUG WHEELER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REPLY TO PLAINTIFF'S SPECIAL REPORT**

COME NOW the defendants in the above-styled cause, by and through their undersigned counsel of record, and file this Reply to Plaintiff's Special Report by submitting the affidavit of Olivia Pearson and Exhibits 3 and 4. This Reply will supplement the Defendants' Written Report previously filed in this matter.

1. The Affidavit of Olivia Pearson addresses allegations raised by the plaintiff in his Special Report and emphatically denies that the plaintiff Ambrose was ever denied medical attention.

2. Exhibit 3 is the first shift of the jail log from September 25, 2006, which the plaintiff claims to be missing. All jail logs have been reviewed by Olivia Pearson and there are no jail logs which contain any information regarding a medical claim or medical complaint by the plaintiff.

3. Exhibit 4 is a recent jail inspection report of the Pike County Jail, dated April 3, 2007, as inspected by the Department of Corrections for the State of Alabama. This exhibit contains information which would rebut the allegations of both the plaintiff

and of the plaintiff's witness, Robert M. Young, III, as it relates to the conditions of the Pike County Jail.

    4.    The plaintiff's Special Report to the Court contains no evidence, medical documents or otherwise, tending to support his allegation of a medical condition which required medical care or that the medical care was not appropriately provided to him. The burden is on the plaintiff in this case to prove that the defendants were deliberately indifferent to his medical needs and the plaintiff has not met that burden. Otherwise, the plaintiff's Special Report contains nothing more than general grievances, some of which do not even relate to the allegations contained in the plaintiff's Complaint.

Respectfully submitted this the 2nd day of May, 2007.

                                            s/N. Gunter Guy, Jr.
                                            **N. GUNTER GUY, JR. (GUY004)**
                                            BALL, BALL, MATTHEWS & NOVAK
                                            Post Office Box 2148
                                            Montgomery, AL 36102
                                            (334) 387-7680
                                            (334) 387-3222 Fax
                                            gguy@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jenerral Ambrose**
**Montgomery Pre-Release**
**Post Office Box 75**
**Montgomery, AL 36057-0075**

                                                s/N. Gunter Guy, Jr.
                                              **N. GUNTER GUY, JR. (GUY004)**
                                              BALL, BALL, MATTHEWS & NOVAK
                                              Post Office Box 2148
                                              Montgomery, AL 36102
                                              (334) 387-7680
                                              (334) 387-3222 Fax
                                              gguy@ball-ball.com



**DEFENDANT'S EXHIBIT 4**

N911
DOC form 914
Rev. 2/94

# STATE OF ALABAMA

  

**DEPARTMENT OF CORRECTIONS**
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556

## JAIL INSPECTION REPORT

Sheriff/Chief of Police: Russell Thomas    Jail: Pike County
City: Troy    Date: 4-3-2007
County: Pike    Time: 10:10 AM
Phone No.: _____    Inspector: Sidney Rodgers

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY HAS SUPERVISORY POWER?**
City Council ___  County Commission ✓

**POPULATION:** 9F 89
- STATE W/M___ B/M___ W/F___ B/F___ TOTAL ___
- COUNTY W/M___ B/M___ W/F___ B/F___ TOTAL ___
- CITY W/M___ B/M___ W/F___ B/F___ TOTAL ___
- FEDERAL W/M___ B/M___ W/F___ B/F___ TOTAL ___
- JUVENILES W/M___ B/M___ W/F___ B/F___ TOTAL ___
- GRAND TOTAL: 88 / 78

**JAIL CAPACITY:**
MALE ___ FEMALE 2 JUVENILE 0 TOTAL 80

1. Are Female Prisoners housed separately? YES ✓ NO___ NONE___
2. Are separate quarters available for Juveniles? YES___ NO___ NONE ✓
3. Number of state Inmates ON WAIVER ___

**JAIL EMPLOYEES:**
1. Number of Jailers ___
2. Number of Matrons ___ 2
3. Other Employees: Dispatch/Kitchen 2
4. Are Jailers POST Certified? YES___ NO ✓

**BUILDING:**
GENERAL APPEARANCE:
1. Exterior ... Poor___ Fair___ Good ✓
2. Interior ... Poor___ Fair___ Good ✓
3. Fence ... Poor___ Fair___ Good ✓ None___
4. Yard ... Poor___ Fair___ Good___ None ✓
5. Type of Construction: Brick ✓ Cement ✓ Wood___ Other___
6. Year Constructed: 1957
7. Types of Locking Devices: Manual ✓ Electric ___
8. Condition of Locking Devices: Poor___ Fair___ Good ✓ None___
9. Observation
10. Windows: Poor___ Fair___ Good ✓ None___
11. Screens: Poor___ Fair___ Good ✓ None___
12. Grills: Poor___ Fair___ Good ✓ None___
13. Windows: Poor___ Fair___ Good ✓ None___
14. Cells: Poor___ Fair___ Good ✓ None___

**SAFETY FEATURES:**
1. Emergency Exits: Poor___ Fair___ Good ✓ None___
2. Fire Apparatus: Poor___ Fair___ Good ✓ None___
3. Stairways: Poor___ Fair___ Good___ None ✓
4. Elevators: Poor___ Fair___ Good___ None ✓

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? YES___ NO ✓
6. Are Fire and Safety precautions observed? YES___ NO ✓
   If NOT, explain in Comments section.

**TRAINING:**
IN-SERVICE: YES___ NO ✓
Other: ___

**ARE OPERATING PROCEDURES WRITTEN?** YES___ NO ✓
**IS THERE A PRINTED MANUAL?** YES ✓ NO___

**JAIL RECORDS:**
1. Arrest Record: YES ✓ NO___
2. Are personal property and cash receipted? YES ✓ NO___
3. Visits: YES ✓ NO___
4. Medical: YES ✓ NO___
5. Commitment and Discharges: YES ✓ NO___
   Are Jail Records Adequate? YES ✓ NO___
   Are Prisoners Fingerprinted? YES ✓ NO___
   Are Prisoners Photographed? YES ✓ NO___

**SECURITY:**
1. Is the jail reasonably secure? YES ✓ NO___
2. Are periodic inspections made of security facilities? YES ✓ NO___
3. Are firearms stored safely? YES ✓ NO___
   Where are they stored? Lockboxes
4. Are there regulations prohibiting carrying of firearms into the Jail? YES ✓ NO___
5. KEY CONTROL:
   Are keys ever in possession of inmates? YES___ NO ✓
   Are keys properly stored and accounted for? YES ✓ NO___
6. How often are prisoners quarters visited? CCTV - Daily
7. Is jailer on duty 24 hours daily? YES ✓ NO___
8. Are CHECKS conducted at night? YES ✓ NO___
   Are CHECKS logged? YES ✓ NO___
9. Are complete SHAKEDOWNS accomplished? YES ✓ NO___
10. Are periodic COUNTS conducted? YES ✓ NO___

Page 1 of 3

11. Are CONTRABAND CONTROL procedures in effect? ......... YES___ NO ✓

12. **INMATE VISITS:**
   When are visits allowed?
   Daily___ Semi-Weekly___ Weekly___ Other ✓ ___
   Who is allowed to visit inmates?
   Relatives .................. YES ✓ NO___
   Friends ..................... YES ✓ NO___
   Clergy ...................... YES ✓ NO___
   Are CONTACT VISITS allowed? ... YES___ NO ✓

13. **INMATE MAIL:**
   Are INCOMING MAIL and packages INSPECTED? ....... YES ✓ NO___

14. Do new prisoners receive instructions about JAIL RULES? ... YES ✓ NO___
   Are these instructions: VERBAL ✓ WRITTEN ✓

15. **TRUSTIES:**
   Are TRUSTIES used? ............ YES___ NO ✓
   Who selects the TRUSTIES?
   Sheriff/Chief___ Jailer___ Other ___

16. Are inmates in UNIFORM? ....... YES ✓ NO___
   Coveralls___ Pants & Shirts ✓
   Are uniforms MARKED? .......... YES___ NO ✓

**DISCIPLINARY PROCEDURES:**
1. Does the jail hold DISCIPLINARY HEARINGS? ....... YES___ NO ✓
2. Who exercises disciplinary authority?
   Sheriff/Chief___ Jailer___ Other ___

**FOOD SERVICES:**
General Condition
Kitchen ............ POOR___ FAIR___ GOOD ✓
Tables ............. POOR___ FAIR___ GOOD ✓
Shelves ............ POOR___ FAIR___ GOOD ✓
Screens ............ POOR___ FAIR___ GOOD ✓

1. Is the cook paid? .............. YES ✓ NO___
2. Who supervises the Kitchen? ___Cook___
3. Who plans the Menu? ___Cook___
4. Do inmates assist in food preparation? ........ YES ✓ NO___
5. What type of eating utensils are used?
   Plastic ✓ Paper___ Metal___ Other___
   Are the utensils washed? ...... YES ✓ NO___
   How Washed? ....... HAND___ SANITIZER ✓
6. Are the standards of sanitation adequate? ........ YES ✓ NO___
7. Is copy of menu available on the date of inspection? ....... YES ✓ NO___
8. Do paid employees supervise the serving of meals? ........ YES ✓ NO___
9. Is the diet adequate? .......... YES ✓ NO___
10. Number of meals served per day? 1___ 2___ 3 ✓
11. Food Preparation ..... POOR___ FAIR___ GOOD ✓
    Quality ........... POOR___ FAIR___ GOOD ✓
    Quantity .......... POOR___ FAIR___ GOOD ✓
12. Storage of Food ..... POOR___ FAIR___ GOOD ✓
    Refrigeration ..... POOR___ FAIR___ GOOD ✓
13. Are Commissary (or store) purchases available to inmates? ... YES___ NO ✓

**SANITATION AND PERSONAL HYGIENE:**
1. Is there a systematic CLEANING PROGRAM in effect? .... YES ✓ NO___

2. Are adequate TOOLS and CLEANING MATERIALS available? YES ✓ NO___

3. What type of BEDDING is provided? Sheets ✓ Blankets ✓ Mattress Cover___ Pillow___ Pillow Case___
   HOW OFTEN IS BEDDING LAUNDERED?
   Semi-Weekly___ Weekly ✓ Other ___

4. Are excessive FOOD or unnecessary ITEMS in CELLS? .... YES___ NO ✓

5. Is DRINKING WATER available at all times? .............. YES ✓ NO___

6. Are HOT and COLD WATER available for bathing? ....... YES ✓ NO___

7. Are HEATING and VENTILATION adequate? ....... YES ✓ NO___

8. Is LIGHTING adequate? ............ YES ✓ NO___

9. Condition of PAINT?
   Interior ............ POOR___ FAIR___ GOOD ✓
   Exterior ........... POOR___ FAIR___ GOOD ✓

10. Are BATHING FACILITIES available to all inmates? ..... YES ✓ NO___

11. Are SOAP and TOWELS available? ............ YES ✓ NO___

12. HOW OFTEN are inmates REQUIRED TO BATHE?
    Daily___ Semi-Weekly___ Weekly___ Other ___

13. CONDITION OF PLUMBING
    Are there LEAKING PIPES in the Jail? .............. YES___ NO ✓
    COMMODES ...... POOR___ FAIR___ GOOD ✓
    LAVATORIES .... POOR___ FAIR___ GOOD ✓
    SHOWERS ....... POOR___ FAIR___ GOOD ✓

14. Does the Jail have a PEST CONTROL program? ..... YES ✓ NO___
    How often treated? ___Monthly___
    By Whom? ___Meeks___

**MEDICAL SERVICE:**
1. Name of PHYSICIAN? ___Dicinn___

2. How often do physicians visit the jail/facility?
   Daily___ Weekly___ On-Call___ Other (specify) ___

3. What HOSPITAL facilities are used for inmates? ___EVRC Regional___

4. Is the Venereal Disease Act enforced (Title 22, Chapter 16-7)? YES___ NO___

**INMATE PROGRAMS:**
1. Are Counseling Services available? YES ✓ NO___
2. Recreation Facilities .......... YES___ NO ✓
   Types Provided: ___
3. Educational Opportunity ........ YES___ NO ✓
   Types Offered: ___

**COMPLAINTS:**
1. Are there justifiable complaints? YES___ NO ✓
2. Is Jail involved in Litigation? YES ✓ NO___
   If YES, type: ___Pending___
3. Is the Jail or Facility Racially Integrated? ........ YES ✓ NO___
4. Is there a Current Grand Jury Report on the Jail? YES___ NO ✓



**DEFENDANT'S EXHIBIT 3**

## PIKE COUNTY SHERIFF'S DEPARTMENT
### Telephone Messages/Medication for Prisoner/Prisoner Check

Page No. 1    Date 9-25-06

JAILER ON DUTY: D. Pearson, S. Dmile    Station KEG-891    Shift 1st 630A M. to 230 PM

### TELEPHONE MESSAGES

| TIME | TO UNITS | FROM UNITS | MESSAGE |
|---|---|---|---|
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |

### MEDICATION FOR PRISONER

| TIME | TO | FROM | MEDICATION |
|---|---|---|---|
| 700 | C/J | Pris. | Steve Waites (1) 7059133 - Propranolol |
| 700 | C/J | Pris. | Theresa McSwain (1) 809236 - Levoxyl (1) 800614 - cyclobenzaprine |
| 700 | C/J | Pris. | " " (1) 800956 - Seroquel |
| 700 | C/J | Pris. | Willie McClain (1) 898837 - Naproxen |
| 1215 | C/J | Pris. | Steve Waites (1) 705-9133 - Propranolol |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |

### PRISONER CHECK

| TIME | TO | FROM | STATUS |
|---|---|---|---|
| 7:15 | C/J | Pris. | OK meals served |
| 8:30 | C/J | Pris. | OK |
| 9:25 | C/J | Pris. | OK |
| 10:40 | C/J | Pris. | OK |
| 11:30 | C/J | Pris. | OK meals served |
| 12:30 | C/J | Pris. | OK |
| 1:40 | C/J | Pris. | OK |
| 2:25 | C/J | Pris. | OK |