## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Ambrose v. Thomas et al

Case Number: 2:06-cv-00929-MHT

Referenced Docket Entry - ***Response in Opposition -  Doc.  No.35

The referenced docket entry was electronically filed with  ERROR  on ***5/2/07***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because of the PDF's was out of order.  Please DISREGARD this docket entry.  See doc. 37 for correction.

Case 2:06-cv-00929-MHT-SRW   Document 36   Filed 05/03/2007   Page 2 of 2