IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JENERRAL REED AMBROSE )
)
      Plaintiff, )
)
vs. )   Civil Action No.: 2:06-CV-929-MHT
)
RUSSELL THOMAS, )
OLIVIA PEARSON, )
DOUG WHEELER, )
)
      Defendants. )

## DEFENDANTS' REPLY TO PLAINTIFF'S SPECIAL REPORT

COME NOW the defendants in the above-styled cause, by and through their undersigned counsel of record, and file this Reply to Plaintiff's Special Report by submitting the affidavit of Olivia Pearson and Exhibits 3 and 4. This Reply will supplement the Defendants' Written Report previously filed in this matter.

1.   The Affidavit of Olivia Pearson addresses allegations raised by the plaintiff in his Special Report and emphatically denies that the plaintiff Ambrose was ever denied medical attention.

2.   Exhibit 3 is the first shift of the jail log from September 25, 2006, which the plaintiff claims to be missing. All jail logs have been reviewed by Olivia Pearson and there are no jail logs which contain any information regarding a medical claim or medical complaint by the plaintiff.

3.   Exhibit 4 is a recent jail inspection report of the Pike County Jail, dated April 3, 2007, as inspected by the Department of Corrections for the State of Alabama. This exhibit contains information which would rebut the allegations of both the plaintiff

and of the plaintiff's witness, Robert M. Young, III, as it relates to the conditions of the Pike County Jail.

      4.      The plaintiff's Special Report to the Court contains no evidence, medical documents or otherwise, tending to support his allegation of a medical condition which required medical care or that the medical care was not appropriately provided to him. The burden is on the plaintiff in this case to prove that the defendants were deliberately indifferent to his medical needs and the plaintiff has not met that burden. Otherwise, the plaintiff's Special Report contains nothing more than general grievances, some of which do not even relate to the allegations contained in the plaintiff's Complaint.

      Respectfully submitted this the 2nd day of May, 2007.

<div style="margin-left:40%">

  s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jenerral Ambrose**
**Montgomery Pre-Release**
**Post Office Box 75**
**Montgomery, AL  36057-0075**

                            s/N. Gunter Guy, Jr.
                            **N. GUNTER GUY, JR. (GUY004)**
                            BALL, BALL, MATTHEWS & NOVAK
                            Post Office Box 2148
                            Montgomery, AL 36102
                            (334) 387-7680
                            (334) 387-3222 Fax
                            gguy@ball-ball.com


DEFENDANT'S
EXHIBIT
3

# PIKE COUNTY SHERIFF'S DEPARTMENT
## Telephone Messages/Medication for Prisoner/Prisoner Check

Page No. _____1_____

O. Pearson, S. Daniels _____ Station KEG-891
JAILER ON DUTY

Date 9-25-06

Shift 1st 630A M. to 230Pm

| TIME | TO UNITS | FROM UNITS | TELEPHONE MESSAGES |
|------|----------|------------|--------------------|
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. | **MEDICATION FOR PRISONER** |
| 700 | C/J | Pris. | Steve Waites @ 7059133 - Propranolol |
| 700 | C/J | Pris. | Theresa McSwain @ 809434 - Levoxyl @ 800614 - cyclobazapr |
| 700 | C/J | Pris. | " " @ 800956 - Saroquel |
| 700 | C/J | Pris. | Willie McClain @ 892837 - Naproxen |
| 1215 | C/J | Pris. | Steve Waites (L) 7059133 - propranold |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. |  |
|  | C/J | Pris. | **PRISONER CHECK** |
| 7:15 | C/J | Pris. | OK meals served |
| 8:30 | C/J | Pris. | OK |
| 9:25 | C/J | Pris. | OK |
| 10:40 | C/J | Pris. | OK |
| 11:30 | C/J | Pris. | OK meals served |
| 12:30 | C/J | Pris. | OK |
| 1:40 | C/J | Pris. | OK |
| 2:25 | C/J | Pris. | OK |



DEFENDANT'S EXHIBIT 4

N911
DOC form 914
Rev. 2/94

# STATE OF ALABAMA



**DEPARTMENT OF CORRECTIONS**
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556



## JAIL INSPECTION REPORT

Sheriff/Chief of Police __Russell Thomas__
City __Troy__
County __Pike__
Phone No. ____

Jail __Pike County__
Date __4-3-2007__
Time __10:10 AM__
Inspector __Sidney Rodgen__

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY HAS SUPERVISORY POWER?**
City Council ____ County Commission ✓

**POPULATION:** 9F 6H

STATE
W/M___ B/M___ W/F___ B/F___ TOTAL _7_

COUNTY
W/M___ B/M___ W/F___ B/F___ TOTAL ____

CITY
W/M___ B/M___ W/F___ B/F___ TOTAL ____

FEDERAL
W/M___ B/M___ W/F___ B/F___ TOTAL ____

JUVENILES
W/M___ B/M___ W/F___ B/F___ TOTAL ____
GRAND TOTAL __88,78__

**JAIL CAPACITY:**
MALE _78_ FEMALE _2_ JUVENILE _0_ TOTAL _80_

1. Are Female Prisoners housed separately? ____ YES ____ NO ____ NONE
2. Are separate quarters available for Juveniles? ____ YES ____ NO ____ NONE ✓
3. Number of state inmates ON WAIVER ____

**JAIL EMPLOYEES:**
1. Number of Jailers ____
2. Number of Matrons ____ 2
3. Other Employees _Dispatch/Kitchen_ 2
4. Are Jailers POST Certified? ____ YES ____ NO

**BUILDING:**
GENERAL APPEARANCE:
1. Exterior .......... Poor ___ Fair ___ Good ___
2. Interior .......... Poor ___ Fair ___ Good ✓
3. Fence ............ Poor ___ Fair ___ Good ✓ None
4. Yard ............. Poor ___ Fair ___ Good ✓ None
5. Type of Construction: Brick ✓ Cement ___ Wood ___ Other ___
6. Year Constructed: _1975_
7. Types of Locking Devices: .......... Manual ✓ Electric
8. Condition of Locking Devices: .... Poor ___ Fair ___ Good ✓
9. Observation Windows: ....
10. Windows: ....... Poor ___ Fair ___ Good ✓ None
11. Screens: ....... Poor ___ Fair ___ Good ___ None ✓
12. Grills: .......... Poor ___ Fair ___ Good ✓ None
13. Windows: ....... Poor ___ Fair ___ Good ✓ None
14. Cells: ........... Poor ___ Fair ___ Good ✓ None

**SAFETY FEATURES:**
1. Emergency Exits... Poor ___ Fair ___ Good ✓ None
2. Fire Apparatus... Poor ___ Fair ___ Good ✓ None
3. Stairways ....... Poor ___ Fair ___ Good ___ None ✓
4. Elevators: ....... Poor ___ Fair ___ Good ___ None ✓

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? .... YES ___ NO ✓
6. Are Fire and Safety precautions observed? .... YES ___ NO ✓
If NOT, explain in Comments section.

**TRAINING:**
IN-SERVICE .......... YES ✓ NO
Other: ____

**ARE OPERATING PROCEDURES WRITTEN?** .... YES ___ NO ✓

**IS THERE A PRINTED MANUAL?** .... YES ___ NO ✓

**JAIL RECORDS:**
1. Arrest Record .......... YES ✓ NO
2. Are personal property and cash receipted? .... YES ✓ NO
3. Visits .......... YES ___ NO ✓
4. Medical .......... YES ___ NO ✓
5. Commitment and Discharges .... YES ___ NO ✓
Are Jail Records Adequate? .... YES ___ NO ✓
Are Prisoners Fingerprinted? .... YES ✓ NO
Are Prisoners Photographed? .... YES ✓ NO

**SECURITY:**
1. Is the jail reasonably secure? .... YES ✓ NO
2. Are periodic inspections made of security facilities? .... YES ✓ NO
3. Are firearms stored safely? .... YES ___ NO ✓
Where are they stored? _Lock Boxes_
4. Are there regulations prohibiting carrying of firearms into the Jail? .... YES ✓ NO
5. KEY CONTROL
Are keys ever in possession of inmates? .... YES ___ NO ✓
Are keys properly stored and accounted for? .... YES ✓ NO
6. How often are prisoners quarters visited? _CCTU_ _Daily_
7. Is jailer on duty 24 hours daily? .... YES ✓ NO
8. Are CHECKS conducted at night? .... YES ✓ NO
Are CHECKS logged? .... YES ✓ NO
9. Are complete SHAKEDOWNS accomplished? .... YES ___ NO
10. Are periodic COUNTS conducted? .... YES ___ NO

Page 1 of 3

11. Are CONTRABAND CONTROL
procedures in effect? ............. YES ✓ NO ____

12. INMATE VISITS:
When are visits allowed?
Daily ____ Semi-Weekly ____ Weekly ✓ Other ____
Who is allowed to visit inmates?
Relatives ..................... YES ✓ NO ____
Friends ...................... YES ✓ NO ____
Clergy ...................... YES ✓ NO ____
Are CONTACT VISITS allowed? .... YES ____ NO ____

13. INMATE MAIL:
Are INCOMING MAIL
and packages INSPECTED? ........ YES ____ NO ____

14. Do new prisoners receive
instructions about JAIL RULES? ... YES ____ NO ____
Are these instructions: VERBAL ✓ WRITTEN ✓

15. TRUSTIES:
Are TRUSTIES used? .......... YES ____ NO ____
Who selects the TRUSTIES?
Sheriff/Chief ____ Jailer ____ Other ____

16. Are inmates in UNIFORM? ........ YES ____ NO ____
Coveralls ____ Pants & Shirts ✓
Are uniforms MARKED? ...... YES ____ NO ____

DISCIPLINARY PROCEDURES:

1. Does the jail hold
DISCIPLINARY HEARINGS? ...... YES ____ NO ____

2. Who exercises disciplinary authority?
Sheriff/Chief ____ Jailer ____ Other ____

FOOD SERVICES:

General Condition
Kitchen .............. POOR ____ FAIR ____ GOOD ✓
Tables .............. POOR ____ FAIR ____ GOOD ✓
Shelves ............. POOR ____ FAIR ____ GOOD ✓
Screens ............. POOR ____ FAIR ____ GOOD ✓

1. Is the cook paid? ............ YES ✓ NO ____
2. Who supervises the Kitchen? _COOK_
3. Who plans the Menu? _Cook_
4. Do inmates assist
in food preparation? ............ YES ✓ NO ____
5. What type of eating
utensils are used?
Plastic ✓ Paper ____ Metal ____ Other ____
Are the utensils washed? ........ YES ✓ NO ____
How Washed? .......... HAND ____ SANITIZER ✓
6. Are the standards of
sanitation adequate? ............ YES ✓ NO ____
7. Is copy of menu available
on the date of inspection? ...... YES ____ NO ____
8. Do paid employees supervise
the serving of meals? ........... YES ✓ NO ____
9. Is the diet adequate? ......... YES ✓ NO ____
10. Number of meals served per day?
1 ____ 2 ____ 3 ✓
11. Food Preparation ..... POOR ____ FAIR ____ GOOD ✓
Quality .......... POOR ____ FAIR ____ GOOD ✓
Quantity ......... POOR ____ FAIR ____ GOOD ✓
12. Storage of Food ...... POOR ____ FAIR ____ GOOD ✓
Refrigeration ..... POOR ____ FAIR ____ GOOD ✓
13. Are Commissary (or store)
purchases available to inmates? .. YES ____ NO ____

SANITATION AND PERSONAL HYGIENE:

1. Is there a systematic
CLEANING PROGRAM in effect? .. YES ____ NO ____

2. Are adequate TOOLS and
CLEANING MATERIALS available? YES ✓ NO ____

3. What type of BEDDING
is provided? Sheets ✓ Blankets ✓
Mattress Cover ____ Pillow ____ Pillow Case ____
HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly ____ Weekly ✓ Other ____

4. Are excessive FOOD or
unnecessary ITEMS in CELLS? .... YES ____ NO ✓

5. Is DRINKING WATER available
at all times? .................... YES ✓ NO ____

6. Are HOT and COLD WATER
available for bathing? ........... YES ✓ NO ____

7. Are HEATING and
VENTILATION adequate? ......... YES ✓ NO ____

8. Is LIGHTING adequate? ......... YES ✓ NO ____

9. Condition of PAINT?
Interior ............. POOR ____ FAIR ____ GOOD ✓
Exterior ............ POOR ____ FAIR ____ GOOD ✓

10. Are BATHING FACILITIES
available to all inmates? ......... YES ✓ NO ____

11. Are SOAP and
TOWELS available? .............. YES ✓ NO ____

12. HOW OFTEN are inmates
REQUIRED TO BATHE?
Daily ____ Semi-Weekly ____ Weekly ____ Other ____

13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? ...................... YES ____ NO ✓
COMMODES .... POOR ____ FAIR ____ GOOD ✓
LAVATORIES .... POOR ____ FAIR ____ GOOD ✓
SHOWERS ....... POOR ____ FAIR ____ GOOD ✓

14. Does the Jail have a
PEST CONTROL program? ...... YES ____ NO ✓
How often treated? _Monthly_
By Whom? _Meeks_

MEDICAL SERVICE:

1. Name of PHYSICIAN?
_Diculna_

2. How often do physicians
visit the jail/facility?
Daily ____ Weekly ____ On-Call ✓
Other (specify) ____

3. What HOSPITAL facilities
are used for inmates? _Edge_
_Region_

4. Is the Venereal Disease Act enforced
(Title 22, Chapter 16-7)? ........ YES ____ NO ____

INMATE PROGRAMS:

1. Are Counseling Services available? YES ____ NO ✓
2. Recreation Facilities ........... YES ____ NO ✓
Types Provided ____
3. Educational Opportunity ...... YES ____ NO ✓
Types Offered ____

COMPLAINTS:

1. Are there justifiable complaints? YES ____ NO ✓
2. Is jail involved in litigation? ... YES ✓ NO ____
If YES, type _Pending_
3. Is the Jail or Facility
Racially Integrated? ............. YES ✓ NO ____
4. Is there a Current
Grand Jury Report on the Jail? .. YES ____ NO ✓

IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JENERRAL REED AMBROSE,                )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )     Civil Action No.: 2:06-CV-929-MHT
                                      )
RUSSELL THOMAS,                       )
OLIVIA PEARSON,                       )
DOUG WHEELER,                         )
                                      )
          Defendants.                 )

## AFFIDAVIT OF OLIVIA PEARSON

Before me, the undersigned, personally appeared **OLIVIA PEARSON**, who being

duly sworn, gives testimony as follows:

1. My name is Olivia Pearson and I am the Jail Administrator with the Pike

County Sheriff's Department. I am a named defendant in the above-styled lawsuit.

2. I have reviewed the "Special Report of Plaintiff" filed with the Court and wish

to respond to plaintiff Ambrose's allegations contained therein.

3. There are no documents that reflect a response to Ambrose's medical

needs because Ambrose never reported verbally or in writing to anyone that he was

requesting or needed medical attention.

4. The reverse side of the admission record (Exhibit 1) shows the plaintiff's

past medical problems and indicates very few complaints, prior complaints or other

pertinent medical history to support his allegations in this case. The form was completed

and signed by him.

5.    Ambrose is absolutely giving false statements about the lack of medical care in this case. Our medical provider is Dr. Mickey Dichiara and Edge Regional Medical Center. Whenever an inmate is in need of medical care, an appointment is made or, if it is an emergency, he is taken to Edge Regional Medical Center for appropriate care.

6.    The Affidavit of witness Robert M. Young has no credibility. Young was arrested by the Troy Police Department on February 8, 2007, and later transported to the Pike County Jail on February 9, 2007. Young has a very extensive criminal record dating back over 20 years. I am aware that he has charges in several counties. Young has a very bad reputation of causing trouble in county jails and of filing frivolous complaints. Like plaintiff Ambrose, Young also had no complaints while he was incarcerated at the Pike County Jail.

7.    Our jailers make checks on the inmates each and every day and make sure inmates' needs are met. Meals are served three times per day. Inmates' medical needs are attended to.

8.    Ambrose's complaints in this case are totally without merit. He has not produced any medical evidence to support the allegation that he had an ear infection. Certainly, those records should have been available to him if he was treated while in the custody of the Department of Corrections. If he does not have medical records, then no such problem existed or the problem was so insignificant that it did not require attention and certainly did not cause him injury. Otherwise, Ambrose's allegations are nothing more than general grievances of a convicted prisoner who has nothing more to do than to file unfounded complaints in Court.

The above information is true and correct to the best of my knowledge and belief.

DATED this _1st_ of May, 2007.

_Olivia W. Pearson_
OLIVIA PEARSON

STATE OF ALABAMA  )
COUNTY OF _PiKE_          )

BEFORE ME, the undersigned Notary Public, did personally appear OLIVIA PEARSON, who states to me that she is aware of the contents of the foregoing Affidavit, and that she did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this, the _1st_ day of May, 2007.

_Debra Frazier_
NOTARY PUBLIC

My Commission Expires: _____

DEBRA A. FRAZIER
Notary Public, AL State at Large
My Comm. Expires Aug. 11, 2008