# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:  Ambrose v. Thomas et al**

**Case Number:    2:06-cv-00929-MHT**

**Referenced Pleading: Affidavit to  RESPONSE in Opposition re 33 Response in Opposition - Doc. 37**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN TNE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JENERRAL REED AMBROSE,                    )
                                          )
     Plaintiff,                          )
                                          )
vs.                                       )    Civil Action No.: 2:06-CV-929-MHT
                                          )
RUSSELL THOMAS,                           )
OLIVIA PEARSON,                           )
DOUG WHEELER,                             )
                                          )
     Defendants.                         )

### <u>AFFIDAVIT OF OLIVIA PEARSON</u>

Before me, the undersigned, personally appeared **OLIVIA PEARSON**, who being duly sworn, gives testimony as follows:

1. My name is Olivia Pearson and I am the Jail Administrator with the Pike County Sheriff's Department. I am a named defendant in the above-styled lawsuit.

2. I have reviewed the "Special Report of Plaintiff" filed with the Court and wish to respond to plaintiff Ambrose's allegations contained therein.

3. There are no documents that reflect a response to Ambrose's medical needs because Ambrose never reported verbally or in writing to anyone that he was requesting or needed medical attention.

4. The reverse side of the admission record (Exhibit 1) shows the plaintiff's past medical problems and indicates very few complaints, prior complaints or other pertinent medical history to support his allegations in this case. The form was completed and signed by him.

5.    Ambrose is absolutely giving false statements about the lack of medical care in this case. Our medical provider is Dr. Mickey Dichiara and Edge Regional Medical Center. Whenever an inmate is in need of medical care, an appointment is made or, if it is an emergency, he is taken to Edge Regional Medical Center for appropriate care.

6.    The Affidavit of witness Robert M. Young has no credibility. Young was arrested by the Troy Police Department on February 8, 2007, and later transported to the Pike County Jail on February 9, 2007. Young has a very extensive criminal record dating back over 20 years. I am aware that he has charges in several counties. Young has a very bad reputation of causing trouble in county jails and of filing frivolous complaints. Like plaintiff Ambrose, Young also had no complaints while he was incarcerated at the Pike County Jail.

7.    Our jailers make checks on the inmates each and every day and make sure inmates' needs are met. Meals are served three times per day. Inmates' medical needs are attended to.

8.    Ambrose's complaints in this case are totally without merit. He has not produced any medical evidence to support the allegation that he had an ear infection. Certainly, those records should have been available to him if he was treated while in the custody of the Department of Corrections. If he does not have medical records, then no such problem existed or the problem was so insignificant that it did not require attention and certainly did not cause him injury. Otherwise, Ambrose's allegations are nothing more than general grievances of a convicted prisoner who has nothing more to do than to file unfounded complaints in Court.

The above information is true and correct to the best of my knowledge and belief.

DATED this _1st_ of May, 2007.

_Olivia M. Pearson_
OLIVIA PEARSON

STATE OF ALABAMA )

COUNTY OF _PIKE_      )

BEFORE ME, the undersigned Notary Public, did personally appear OLIVIA PEARSON, who states to me that she is aware of the contents of the foregoing Affidavit, and that she did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this, the _1st_ day of May, 2007.

_Debra Frazier_
NOTARY PUBLIC

My Commission Expires: _____

DEBRA A. FRAZIER
Notary Public, AL State at Large
My Comm. Expires Aug. 11, 2008