IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

NORTHERN DIVISION

NOTIFICATION FOR CHANGE OF ADDRESS:

CIVIL RIGHTS ACTION 2:06-CV-929MHT

THIS IS TO INFORM THE COURT AND THE COUNSEL FOR THE DEFENDANTS THAT THE PLANTIFF'S ADDRESS IN THE ABOVE STYLED CIVIL ACTION HAS CHANGED. THE NEW ADDRESS IS AS FOLLOWS:

JENERRAL REED AMBROSE, AIS# 212801
C/O WILLIAM ALLEN AMBROSE
2321 PARKWOOD DRIVE
COTTONDALE, AL 35453

CERTIFICATE OF SERVICE

I HEREBY CERTIFY UNDER PENALTY OF PURGERY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INFORMATION HAS BEEN FURNISHED TO THE COUNSEL FOR THE DEFENDANTS, WHOSE NAMES ARE:

SHERRIFF RUSSELL THOMAS
CAPTAIN DOUG WHEELER
OLIVIA PEARSON, JAIL ADMINISTRATOR

WHOSE ADDRESS IS:

120 CHURCH STREET
TROY, AL 36081

BY PLACING A COPY OF THE FOREGOING INFORMATION IN THE UNITED STATES MAIL.

Sincerely,

*Jenerral R. Ambrose*

Jenerral Reed Ambrose, AIS # 212801
Plantiff Pro Se

BIRMINGHAM AL 352
03 MAY 2007 PM 4 T

United States District Court
P.O. Box 711
Montgomery, Al
36101-0711



THE UNIVERSITY OF ALABAMA AT BIRMINGHAM
School of Medicine
Cardiac Catherization and Interventional Laboratories

Jeneral R. Ambrose
2321 Parkwood Dr.
Cottondale Al.
35453