IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

___Jenerral Reed Ambrose___,   )
                               )
    Plaintiff,           )
                               )
v.                             )   CASE NO. _2:06-cv-929-MHT_
                               )
_Russell Thomas, Olivia Pearson_,  )
_Doug Wheeler_                 )
    Defendants,          )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Doug Wheeler_, a _defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[X] The following entities and their relationship to the party are hereby reported:

Reportable Entity                 Relationship to Party

_Pike County Sheriff's Dept._     _Employer_

_____     _____

_____     _____


_02/04/08_                        _/s/ N. Gunter Guy, Jr._
Date                              (Signature)

                                  _N. Gunter Guy, Jr._
                                  (Counsel's Name)

                                  _Russell Thomas, Olivia Pearson, Doug Wheeler_
                                  Counsel for (print names of all parties)
                                  _P O Box 2148_
                                  _Montgomery, AL  36102-2148_
                                  Address, City, State Zip Code
                                  _(334) 387-7680_
                                  Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

**CERTIFICATE OF SERVICE**

I, __N. Gunter Guy, Jr.__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __4th__ day of __February__ 20__08__ to:

__Jenerral Ambrose__

__c/o William Allen Ambrose__

__2321 Parkwood Drive__

__Cottondale, AL 35453__

__02/04/08__  /s/ N. Gunter Guy, Jr.
Date                                                    Signature