IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

__Jenerral Reed Ambrose__,  )
)
  Plaintiff,  )
)
v.  )  CASE NO. __2:06-cv-929-MHT__
)
__Russell Thomas, Olivia Pearson__,  )
__Doug Wheeler__  )
  Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Olivia Pearson__, a __defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[X] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Pike County Sheriff's Dept. | Employer |

__02/04/08__
Date

__/s/ N. Gunter Guy, Jr.__
(Signature)

__N. Gunter Guy, Jr.__
(Counsel's Name)

__Russell Thomas, Olivia Pearson, Doug Wheeler__
Counsel for (print names of all parties)
__P O Box 2148__
__Montgomery, AL  36102-2148__
Address, City, State Zip Code
__(334) 387-7680__
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

**CERTIFICATE OF SERVICE**

I, __N. Gunter Guy, Jr.__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __4th__ day of __February__ 20__08__ to:

__Jenerral Ambrose__

__c/o William Allen Ambrose__

__2321 Parkwood Drive__

__Cottondale, AL  35453__


__02/04/08__                                  __/s/ N. Gunter Guy, Jr.__
Date                                                              Signature