IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

__Jenerral Reed Ambrose__,  )
)
    Plaintiff,  )
)
v.  )  CASE NO. _2:06-cv-929-MHT_
)
__Russell Thomas, Olivia Pearson__,  )
Doug Wheeler )
    Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Russell Thomas_, a _defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[X] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Pike County Sheriff's Dept. | Employer |
| | |
| | |
| | |

_02/04/08_
Date

_/s/ N. Gunter Guy, Jr._
(Signature)

_N. Gunter Guy, Jr._
(Counsel's Name)

_Russell Thomas, Olivia Pearson, Doug Wheeler_
Counsel for (print names of all parties)
_P O Box 2148_
_Montgomery, AL  36102-2148_
Address, City, State Zip Code
_(334) 387-7680_
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I,__N. Gunter Guy, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _4th____day of _February_____ 20_08_ to:

___Jenerral Ambrose (#212801)_____

___c/o William Allen Ambrose_____

___2321 Parkwood Drive_____

___Cottondale, AL  35453_____

_____

_____


____02/04/08_____                    ___/s/ N. Gunter Guy, Jr._____
         Date                                              Signature