IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENERRAL REED AMBROSE, #212801, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv929-MHT |
| ) | (WO) |
| SHERIFF RUSSELL THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 21, 2009 (Doc. # 48), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 48) is adopted and that:

1. The defendants' motion for summary judgment (Doc. # 23) is granted.

2. Judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

3. The costs of this proceeding are taxed against the plaintiff, for which execution may issue.

Done this the 18th day of June, 2009.

　　　　　　　　　　　　　　　　　　／s／  Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE